IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | CRIMINAL NO. 02-1104 RB |
| RICHARD VALENCIANO, ) | |
| ) | 18 U.S.C. §§ 922(g)(1) and 924(e): |
| Defendant. ) | Felon in Possession of a Firearm |
| ) | |

## INDICTMENT

The Grand Jury charges:

On or about the 3rd day of February, 2002, in Doña Ana County, in the State and District of New Mexico, the defendant, **RICHARD VALENCIANO**, a person who had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

(a) Two Counts of Conspiracy to Commit Armed Robbery, Case No. CR-97-1722, convicted on April 9, 1999, in the Third Judicial District Court, in and for Doña Ana County, State of New Mexico, said Armed Robberies occurring on or about October 4 and 5, 1997;

(b) Conspiracy to Commit Escape, Case No. CR-98-630, on March 29, 1999, in the United States District Court, District of New Mexico, did knowingly possess in and affecting commerce a firearm, that is, a Smith and Wesson, .9 mm pistol, bearing Serial Number PAC 3822, which had been shipped and/or transported in interstate and/or foreign commerce.

In violation of Title 18, U.S.C. §§ 922(g)(1) and 924(e).

A TRUE BILL:

/s/ Sara White
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney
06/25/02 2:41pm